CONTINENTAL CASUALTY COMPANY, Appellant, v. OHIO EDISON COMPANY, Appellee.

No. 7660.

Circuit Court of Appeals, Sixth Circuit.

Jan. 10, 1939.

Bulkley, Hauxhurst, Inglis & Sharp, of Cleveland, Ohio, for appellant.

Harrington, Huxley & Smith, of Youngstown, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The judgment below is reversed and the cause remanded to the District Court for trial upon the authority of Fidelity & Casualty Company v. Federal Express, Inc., et al., and Fidelity & Casualty Company v. Fornaro Company, 6 Cir., 99 F.2d 681, decided November 10th, 1938.

James Adrian CORNELIUS and Nora Irene Cornelius, v. The PRUDENTIAL INSURANCE COMPANY.

No. 8055.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

D. A. Sachs, Jr., of Louisville, Ky., and Franklin Rives, of Hopkinsville, Ky., for appellants.

H. W. Linton, of Hopkinsville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon application of the appellant, the appellee not objecting, it is now ordered that this cause be and the same is dismissed —settled.

Harlow H. CURTICE et al. v. John S. SMITH, Receiver of the First National Bank & Trust Company at Flint, et al.

No. 7977.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1939.

Neithercut &· Neithercut, of Flint, Mich., for appellants.

Carton, Gault & Davison, of Flint, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be dismissed pursuant to stipulation of counsel.